UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

TERRANCE PRUDE,

  Plaintiff,

 v.

                Case No. 10-CV-167-JPS

DAVID A. CLARKE, JR., DENNIS
MCKNIGHT, BRET MYERS, MATTHEW
LEETE, AND MELVIN FINKLEY,

  Defendants.

## PLAINTIFF'S REVISED PROPOSED VERDICT FORM

 Plaintiff Terrance Prude, by his undersigned counsel, hereby submit the following proposed verdict form to be administered at the close of trial.

**Question No. 1:** Did any or all of the following officers subject Plaintiff to unconstitutional conditions of confinement?

    Officer McKnight     _____ (Yes or No)

    Officer Myers     _____ (Yes or No)

    Officer Leete     _____ (Yes or No)

    Officer Finkley     _____ (Yes or No)

    Sheriff Clarke     _____ (Yes or No)

Regardless of how you answered Question No. 1, answer Question No. 2.

**Question No. 2:** Was there a legitimate penological purpose for the Sheriff's nutraloaf policy in Pod 4D of the Milwaukee County Jail that was in effect while the Plaintiff was housed there in September and October 2009?

    Answer: _____ (Yes or No)

Regardless of how you answered Question No. 2, answer Question No. 3.

**Question No. 3:** What sum of money, if any, will fairly and reasonably compensate Plaintiff for any damages he sustained as a result of the actions of Defendants?

    Answer: $_____

Regardless of how you answered Question No. 3, answer Question No. 4.

**Question No. 4:** Did Plaintiff prove that punitive damages are warranted as a result of the actions of any or all of the following Defendants?

Officer McKnight _____(Yes or No)

Officer Myers _____(Yes or No)

Officer Leete _____(Yes or No)

Officer Finkley _____(Yes or No)

Sheriff Clarke _____(Yes or No)

If you answered "Yes" to Question No. 4 for any of the Defendants, answer Question No. 5 as to each Defendant for whom you answered "Yes" in response to Question No. 4; otherwise, stop.

**Question No. 5:** What amount of punitive damages is Plaintiff entitled to receive from one or more of the following Defendants?

Officer McKnight $ _____

Officer Myers $ _____

Officer Leete $ _____

Officer Finkley $ _____

Sheriff Clarke $ _____

Dated this 9th day of January, 2013.

        s/Pamela R. McGillivray
        Pamela R. McGillivray
        Christa O. Westerberg
        MCGILLIVRAY WESTERBERG & BENDER
        211 South Paterson Street, Suite 320
        Madison, WI 53703
        mcgillivray@mwbattorneys.com
        westerberg@mwbattorneys.com
        (608) 310-3560 Phone
        (608) 310-3561 Fax

        Attorneys for Plaintiff

WHD/9148873.2
4
Case 2:10-cv-00167-JPS   Filed 01/09/13   Page 4 of 4   Document 194