UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

TERRANCE PRUDE,

         Plaintiff,

v.

DAVID A. CLARKE, JR.,
KEVIN CARR, RICHARD S. SCHMIDT,
JAILOR MCKNIGHT, BRET MYERS,
KRAIG KVEEN, C.O. LEETE, and
C.O. FINKELY,

         Defendants.

Case No. 10-CV-167-JPS

ORDER

---

Pursuant to paragraph 3 of the Trial Stipulations filed by the parties dated January 7, 2013 (Docket #188) and the parties' in-court stipulation at the January 8, 2013, final pretrial conference,

IT IS HEREBY ORDERED that:

1. Kevin Carr, Richard Schmidt, and Kraig Kveen shall be voluntarily dismissed as defendants from this action, and all claims against them dismissed with prejudice and without costs; and

2. The record shall reflect that the proper spelling of defendant, Melvin Finkley's name is FINKLEY.

Dated at Milwaukee, Wisconsin, this 9th day of January, 2013.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge