**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

| | | |
|---|---|---|
| TERRANCE PRUDE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 10-CV-167-JPS |
| | ) | |
| DAVID A. CLARKE, JR., | ) | Hon. J.P. Stadtmueller |
| KEVIN CARR, | ) | U.S. District Judge |
| RICHARD SCHMIDT, | ) | |
| BRET MYERS, KRAIG KVEEN, | ) | |
| C.O. McKNIGHT, C.O. LEETE, | ) | |
| C.O. FINKLEY, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

Plaintiff Terrance Prude, by his undersigned counsel, and Defendants Sheriff David A. Clarke, Jr., Kevin Carr, Richard Schmidt, Jailor McKnight, Bret Myers, Kraig Kveen, C.O. Leete, and C.O. Finkley, by their undersigned counsel, hereby stipulate and agree that the above-captioned action is voluntarily dismissed, with prejudice and without costs to any party pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Respectfully submitted this 5th day of February, 2013.

MCGILLIVRAY WESTERBERG & BENDER LLC

s/ Pamela R. McGillivray
Pamela R. McGillivray
Wis. Bar No. 1034194
211 S. Paterson St., Ste. 320
Madison, WI 53703
mcgillivray@mwbattorneys.com
tel:  (608) 310-3560
fax: (608) 310-3561
*Attorneys for Plaintiff*

1

WHYTE HIRSCHBOECK DUDEK S.C.

s/ Karen L. Tidwall
Karen L. Tidwall
State Bar No. 1025667
555 East Wells Street, Ste. 1900
Milwaukee, WI  53202-3819
email:  ktidwall@wdhlaw.com
tel:  (414) 273-2100
fax: (414) 223-5000
*Attorneys for Defendants*

2